In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-234 CV


____________________



IN RE GERALD CLIFTON BRADBERRY






Original Proceeding






MEMORANDUM OPINION (1)


 Relator seeks a writ of mandamus to compel the Texas Department of Criminal
Justice to credit his sentence with 12 months of time credit. The Texas Department of
Criminal Justice is not a person against whom we may issue of writ of mandamus other
than to protect our jurisdiction, and Relator has not shown that the writ is necessary to
enforce our jurisdiction. See Tex. Gov't Code Ann. § 22.221 (Vernon Supp. 2003).

 The petition for writ of mandamus, filed May 21, 2003, is DENIED.

 

 PER CURIAM


Opinion Delivered May 29, 2003

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.